ACCEPTED
15-25-00054-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 11:45 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00054-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 11:45:11 AM
CHRISTOPHER A. PRINE
Clerk

**JOHANNES B. MASSAR,**
**Appellant**

**v.**

**PEGASUS PAIN MANAGEMENT, PLLC,**
**Appellee**

**On Appeal from County Court at Law No. 2**
**Dallas County, Texas**

**APPELLANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO FILE BRIEF**

**To the Honorable Justices of the First Court of Appeals:**

To the Honorable Court of Appeals:

Appellant requests that the Court extend time for filing of his brief pursuant to Rules of Appellate Procedure 10.5(b), 38.6(d) and all other applicable rules, and in support of this motion show:

1. The due date for the Appellant's Brief's is August 6, 2025.

2. Appellant's hereby request to have the due date of their brief extended for a period of thirty (30) days to September 5, 2025.

3.      Appellant's counsel's has a scheduled vacation and additional time constraints with preexisting deadlines have not provided counsel the time needed to prepare Appellant's brief fully and fulsomely. This request is not for the purpose of delay, but so that justice may be done.

4.      There have been no previous extensions requested by or granted to Appellant.

For these reasons, Appellant requests that the Court:

(A) extend the time to file Appellant's brief to September 5, 2025; and

(B) grant Appellant's such other and further relief to which she may be entitled or is in the interest of justice.

Respectfully submitted,

**FERNANDEZ L.L.P.**

By:     /s/Raymond R. Fernandez, Jr.
          Raymond R. Fernandez, Jr.
          State Bar No. 06934275
          2515 McKinney Avenue, Suite 920
          Dallas, Texas  75201
          rfernandez@fernandezllp.com
          Robert L. Knebel, Jr.
          State Bar No. 11589500
          rknebel@fernandezllp.com
          (214) 231-2700

          **ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Mark Ticer about the merits of this motion and Appellee does not oppose this motion.

Date: July 24, 2025

/s/Robert L. Knebel, Jr.<br>
Robert L. Knebel, Jr.

**CERTIFICATE OF SERVICE**

As required by the Texas Rules of Appellate Procedure, I certify on July 24, 2025, I have served this document electronically through the electronic filing manager to all counsel of record.

/s/Raymond R. Fernandez, Jr.<br>
Raymond R. Fernandez, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Fernandez, Jr. on behalf of Raymond Fernandez, Jr.
Bar No. 06934275
rfernandez@fernandezllp.com
Envelope ID: 103540034
Filing Code Description: Motion
Filing Description: Motion ($10.00)
Status as of 7/24/2025 12:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mark Ticer | 20018900 | mticer@ticerlaw.com | 7/24/2025 11:45:11 AM | SENT |
| Robert L.Knebel | | rknebel@fernandezllp.com | 7/24/2025 11:45:11 AM | SENT |
| Raymond R.Fernandez | | rfernandez@fernandezllp.com | 7/24/2025 11:45:11 AM | SENT |